### ALBERT PETTY v. STATE.

No. A-4119. Opinion Filed April 30, 1923.
(214 Pac. 562.)

(Syllabus.)

**Intoxicating Liquors—Unlawful Possession—Sufficiency of Evidence.**
In a prosecution for unlawful possession of intoxicating liquor, evidence held sufficient to sustain a conviction, and that no material error was committed on the trial.

Appeal from County Court, Stephens County; G. T. Burrows, Judge.

Albert Petty was convicted of a violation of the prohibitory liquor law, and he appeals.    Affirmed.

R. C. Drake, for plaintiff in error.

The Attorney General, for the State.

DOYLE, J. Plaintiff in error, Albert Petty, and Pat Patiest, were jointly charged with the possession of one gallon and one quart of whisky with the intent to violate the prohibitory liquor laws. Defendant Patiest pleaded guilty. Upon his separate trial the jury returned a verdict finding the defendant Albert Petty guilty, and fixed his punishment at confinement for 30 days in the county jail and a fine of $50. From the judgment rendered on the verdict an appeal was perfected by filing in this court on November 4, 1921, a petition in error with case-made. No brief has been filed and no appearance made for oral argument. We have examined the record and find no material error. In our opinion the evidence sustains the verdict.

The judgment of the lower court is therefore affirmed.

MATSON, P. J., and BESSEY, J., concur.